DAVID TAYLOR, Appellant, v. LEWIS A. FRIEDMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY R. GOELET, Individually, ROBERT GOELET, Individually, and MARY R. GOELET and Others, as Trustees, etc., of OGDEN GOELET, Deceased, Appellants, v. ELDAR RESTAURANT Co., INC., and Another, as Trustee in Bankruptcy, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY P. CORBETT, Otherwise Known as JAMES FRANCIS CORBETT, Otherwise Known as JOHN P. COLLINS, Otherwise Known as JOHN P. CORBETT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS FINN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BLEMTON REALTY CORPORATION, Appellant, v. FREDERICK P. J. CLARK and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No ,opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY C. ARCHIBALD, Respondent, v. WILLS-EGELHOF Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAROL WEBSTER, Respondent, v. AARON LANE, Appellant.— Determination affirmed, with costs. No opinion. .Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM H. GREENBERG and Others, Appellants, v. ELIZABETH HOLCOMB, Respondent.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

ALEX LYONS and Another, Copartners, etc., Respondents, v. THE PENNSYLVANIA EXCHANGE BANK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMANUEL M. KRULEWITCH, Appellant, v. STUYVESANT ESTATES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY ABRAHAMS, Respondent, v. MAX ABRAHAMS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

JACOB ASHKENAS, Respondent, v. IGOOD REALTY Co., INC., Appellant.— Judgment and order reversed, with costs, and the complaint dismissed, with costs, on the authority of McGowan v. Morgan (160 App. Div. 588). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE DENNIS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.